**Milton Dewey SMITH et al.,
Plaintiffs-Appellants.**

v.

**The Honorable H. F. SMITH et al.,
Defendants-Appellees.**

No. 73–3345.

United States Court of Appeals,
Ninth Circuit.

June 13, 1975.

Donald R. Wharton (argued), Klamath Falls, Or., for plaintiffs-appellants.

William P. Brandsness (argued), Klamath Falls, Or., for defendants-appellees.

---

* The Honorable William T. Sweigert, Senior United States District Judge for the Northern District of California, sitting by designation.

ORDER

Before MOORE,* DUNIWAY and TRASK, Circuit Judges.

The order appealed from is affirmed for the reasons stated in the opinion of District Judge Burns, D.C.Or., 1973, 396 F.Supp. 367.